## Jerry Tuzil and Helen Tuzil, Appellees, v. Rudolph Smatlak, Appellant.

**Gen. No. 45,063.**

Heard in the first division, first district, this court at the February term, 1950. Wachowski & Wachowski, for appellant; Casimir R. Wachowski and Anton W. Makar, of counsel; Madden, Meccia & Meyer, for appellees; Edward D. Feinberg, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed June 19, 1950; released for publication September 7, 1950.